| | |
|---|---|
| 1 | Andrew M. Steinheimer - 200524 |
|   | Naisha Covarrubias - 239499 |
| 2 | ELLIS, COLEMAN, POIRIER, LAVOIE, |
|   | & STEINHEIMER, LLP |
| 3 | 555 University Avenue, Suite 200 East |
|   | Sacramento, CA 95825 |
| 4 | Tel: (916) 283-8820 |
|   | Fax: (916) 283-8821 |
| 5 | asteinheimer@ecplslaw.com |
| 6 | Attorneys for Defendant PERSOLVE, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JENIFFER JARMAN,

    Plaintiff,

v.

PERSOLVE, LLC,

    Defendant.

Case No.: C09-01652 JSW ADDR
DENYING
[PROPOSED] ORDER ~~GRANTING~~
DEFENDANT'S MOTION TO APPEAR
TELEPHONICALLY AT THE CASE
MANAGEMENT CONFERENCE

Date:         July 31, 2009
Time:        1:30 P.M.
Courtroom:   11, 19th Floor
Honorable Judge Jeffrey S. White

DENIES
The court hereby ~~grants~~ the request of Andrew M. Steinheimer to appear at the Scheduling Conference telephonically. IT IS SO ORDERED.

Date: July 27, 2009

_____
Honorable Judge Jeffrey S. White

The Court requires the parties to appear in person at the initial case management conference. However, if the Court set further case management conferences, counsel may seek leave to appear at those conferences by telephone.

- 1 -

~~[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE~~