IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENIFFER JARMAN,

    Plaintiff,

v.

PERSOLVE, LLC,

    Defendant.
                              /

No. 09-01652 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

This matter is set for a case management conference on Friday, July 31, 2009. Plaintiff has moved to continue the case management conference. The Court has considered the parties' joint case management conference statement and, in light of Plaintiff's request, shall VACATE the case management conference. The Court shall set forth the deadlines associated with this case via a separate trial scheduling order.

**IT IS SO ORDERED.**

Dated: July 28, 2009

                                                     JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE