**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENIFFER JARMAN,<br><br>      Plaintiff,<br><br>   v.<br><br>PERSOLVE, LLC,<br><br>      Defendant.<br>_____/ | No. C 09-01652 JSW<br><br>**ORDER RE MOTION TO AMEND COMPLAINT** |

On August 19, 2009, Plaintiff filed a motion to amend the Complaint in this action, which is noticed for hearing on October 2, 2009. Pursuant to Northern District Civil Local Rule 7-3(a), Defendant's opposition was due on September 11, 2009. No such opposition has been filed. However, the docket shows that the parties engaged in a mediation session on September 9, 2009.

Accordingly, the Court HEREBY ORDERS the parties to submit a joint status report regarding whether this matter settled at mediation, whether Defendant intends to oppose the motion to amend, and the basis on which the Court should allow Defendant to file an untimely opposition to that motion. The parties' status report shall be due on September 18, 2009.

**IT IS SO ORDERED.**

Dated: September 14, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE