# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**JENNIFER JARMANN,**

Plaintiff,

vs.

**PERSOLVE, LLC,**

Defendant.

) Case No. C09-01652 JSW ADDR
)
) **ORDER**
)
)
)
)
)
)
)

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this 9th day of October, 2009.

_____
The Honorable Jeffrey S. White